JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY J. WARNER, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>29 PALMS REALCORP, A California Corporation, doing business as Plaza Realtors 29 Palms; KEVIN G. CANNING, an individual; and others to be joined under Rule 19 of the Federal Rules of Civil Procedure,<br><br>DEFENDANTS | CASE NO: 5:19-cv-00588-JGB-SP<br>[Assigned to: Hon. Jesus G. Bernal<br><br>**ORDER RE:**<br>**JOINT STIPULATION**<br>**REGARDING DISMISSAL OF**<br>**ENTIRE ACTION WITH**<br>**PREJUDICE**<br><br>Trial Date: 7/7/2020 at 9:00 AM |

Upon the Joint Stipulation Regarding Dismissal of Entire Action With Prejudice filed by Plaintiff Rodney J. Warner ("Plaintiff"), and Defendant 29 Palms RealCorp d.b.a. Plaza Realtors 29 Palms, and good cause appearing:

[Proposed] ORDER Re: Joint Stipulation Regarding Dismissal of Entire Action With Prejudice 1

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Stipulation is GRANTED. Plaintiff's claims and the entire action against Defendants 29 Palms RealCorp d.b.a. Plaza Realtors 29 Palms and Kevin G. Canning are hereby DISMISSED with prejudice, each party to bear its own costs and fees, including attorneys' fees, subject to the terms of the Settlement Agreement dated March 31, 2020.

**IT IS SO ORDERED**.

DATED: June 5, 2020

The Honorable **Jesus G. Bernal**
UNITED STATES DISTRICT JUDGE